IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOOLEY | CIVIL ACTION |
| v. | 09-5755 |
| SCI HUNTINGDON SUPERINTENDENT, ET AL. | |

## ORDER

**AND NOW**, this 30th day of November, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Respondent's Answer, and Petitioner's "Traverse to Respondent['s] Response," and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 27, 2010 and Petitioner's objections thereto, it is hereby **ORDERED** that:

1. Petitioner's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

4. There is no probable cause to issue a certificate of appealability.

                                              **BY THE COURT:**

                                              /s/ MITCHELL S. GOLDBERG
                                              _____
                                              **MITCHELL S. GOLDBERG, J.**